Matter of Bevars v Muschamp (2024 NY Slip Op 06497)

Matter of Bevars v Muschamp

2024 NY Slip Op 06497

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, DELCONTE, AND HANNAH, JJ.

915 CA 23-01470

[*1]IN THE MATTER OF ELIZABETH BEVARS, AS ADMINISTRATOR C.T.A. OF THE ESTATE OF BETTY JEAN MCKNIGHT, DECEASED, PETITIONER-APPELLANT,
v
PETER S. MUSCHAMP, RESPONDENT-RESPONDENT.

CROSSMORE & TIFFANY LAW OFFICE, ITHACA (KIRSTIN E. TIFFANY OF COUNSEL), FOR PETITIONER-APPELLANT.
WILLIAMSON, CLUNE & STEVENS, ITHACA (SYED OMAR SHAH OF COUNSEL), FOR RESPONDENT-RESPONDENT. 

 Appeal from an order of the Surrogate's Court, Seneca County (Barry L. Porsch, S.), entered August 7, 2023. The order granted the motion of respondent to dismiss the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 20, 2024
Ann Dillon Flynn
Clerk of the Court